IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONOVAN PHIPPS,** | CIV S-07-0087 WBS EFB P |
| Petitioner, | **PROPOSED ORDER** |
| v. | |
| **MIKE EVANS, Warden, et al.,** | |
| Respondents. | |

Respondents have requested a thirty-day extension of time in which to file a response to petitioner's petition for writ of habeas corpus. On May 23, 2007, the court directed respondents to file and serve a response to the petition and/or his motion to stay and abey the proceedings, within 30 days. Respondent has requested an extension of time. Good cause appearing, respondents are granted an extension of time to and including July 22, 2007, in which to file a response to the petition for writ of habeas corpus and/or the motion to stay and abey filed by petitioner.

Dated: July 5, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE