IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONOVAN PHIPPS,** | CIV S-07-0087 WBS EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE EVANS, Warden, et al.,** | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 20, 2007, respondent filed a request for an extension of time within which to file a responsive pleading.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT respondents' request for an extension of time to and including August 21, 2007, is granted.

Dated: July 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE