1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONOVAN PHIPPS,

11           Petitioner,                    No. CIV S-07-0087 WBS EFB P

12       vs.

13   MIKE EVANS, Warden,

14           Respondent.                    ORDER

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19           On June 10, 2008, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within ten days.  Neither party

22   has filed objections to the findings and recommendations.

23           The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1          1.  The findings and recommendations filed June 10, 2008,  are adopted in full;

2          2.  Petitioner's April 3, 2008, Rule 59 motion, as supplemented on April 29, 2008,

3    is GRANTED and the judgment entered in this action on March 28, 2008 is hereby VACATED;

4          3.  Respondent is directed to file an answer to the petition within 60 days, and the

5    answer must be accompanied by any and all transcripts or other documents relevant to the

6    determination of the issues presented in the application.  *See* Rules 4, 5, Fed. R. Governing

7    § 2254 Cases; and

8          4.  Petitioner is directed that any reply he may have shall be filed and served

9    within 30 days of service of an answer.

10   DATED:  August 7, 2008

11

12   _____
     WILLIAM B. SHUBB

13   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26