IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONOVAN PHIPPS,** | CIV S-07-0087 WBS EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE EVANS, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's October 8, 2008 request for enlargement of time is granted and Respondent's response to Petitioner's Petition for Writ of Habeas Corpus must be filed on or before October 24, 2008.

Dated: October 15, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Order