IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONOVAN PHIPPS,

    Petitioner,      No. CIV S-07-0087 WBS CHS P

    vs.

MIKE EVANS, Warden, et al.,

    Respondents.      ORDER

_____/

    Petitioner has filed a request to proceed in forma pauperis on appeal. Good cause appearing therefor, IT IS HEREBY ORDERED that petitioner is granted in forma pauperis status on appeal.

DATED: April 21, 2009

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1